UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS REYN,<br><br>                                        Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>                                        Defendant. | Case No.:  20-cv-1460 BGS<br><br>**ORDER DISMISSING CASE**<br><br>[ECF 5] |

On July 29, 2020, Plaintiff filed a complaint seeking judicial review of a final decision of the Commissioner of Social Security.  (ECF 1 ("Compl."))  On July 31, 2020, the Court issued an Order to Show Cause why the action should not be dismissed or transferred to the Central District of California because the Complaint alleged Plaintiff is a resident of Bell, California and the civil cover sheet identified Plaintiff's county of residence and Orange.  (ECF 4.)  The OSC explained that review of a final decision of the Commissioner of Social Security must be brought in the district court in which Plaintiff resides and required Plaintiff to explain why the case was filed here.  (*Id.* at 1 (quoting 42 U.S.C. § 405(g)).)

Plaintiff's counsel promptly filed a declaration in response to the OSC indicating that the case was mistakenly filed here and requesting the case be dismissed. (ECF 5 ¶ 2.) The declaration also requests refund of the filing fee if feasible. (*Id.* ¶ 4.)

Given the filing fee was paid to open the case and the case was opened by Plaintiff, the filing fee may not be refunded. Plaintiff's request to dismiss the case is **GRANTED**. The case is **DISMISSED without prejudice**. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  August 12, 2020

Hon. Bernard G. Skomal
United States Magistrate Judge